## Commonwealth *v.* Temple, Appellant.

Argued June 12,

1975. *Ambrose R. Campana,* with him *Campana & Campana,* for appellant; *Gailey C. Keller,* District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.